**Philip S. Van Der Weele**, OSB #86365
Email: pvanderweele@prestongates.com
**Richard G. Price**, OSB #98146
Email: rprice@prestongates.com
PRESTON GATES & ELLIS LLP
222 SW Columbia Street, Suite 1400
Portland, OR 97201-6632
Phone: (503) 228-3200
Fax: (503) 248-9085
    Of Attorneys for Plaintiff

FILED'06 SEP 01 14:30 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| **COLUMBIA SPORTSWEAR NORTH AMERICA, INC.**, an Oregon corporation,<br><br>                Plaintiff,<br><br>v.<br><br>**CERF BROTHERS BAG CO.**, a Missouri corporation,<br><br>                Defendant. | Case No. 3:05-CV-1960-PK<br><br>**STIPULATED TEMPORARY RESTRAINING ORDER** |

Plaintiff Columbia Sportswear North America, Inc. ("Columbia") has moved this Court for a Temporary Restraining Order ("TRO") against defendant Cerf Brothers Bag Co. ("Cerf Brothers" or "defendant"). Defendant has agreed to the entry of the TRO set forth herein, provided such order is not construed as any admission of fact, law or liability by defendant, including any of the elements that would be otherwise necessary for the entry of a TRO or a preliminary injunction. Based on this stipulation of the parties, the Court orders as follows:

### DEFINITIONS

1.     For purposes of this Order, "Formerly Licensed Articles" shall mean "adventure bags" made of fabric, specifically, duffle bags (wheeled and non-wheeled); cargo bags;

PAGE 1 – STIPULATED TEMPORARY RESTRAINING ORDER
K:\49785\00006\PRELIMINARY INJUNCTION\RGP_P30L7

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200

rucksacks; travel bags; tote bags; toiletry bags; utility bags; pouches; backpacks; courier packs; waist packs; organizers; agendas; wallets; cellular phone cases; camera cases and attaché cases, and their packaging or component parts, bearing the "Columbia Marks," as defined herein.

    2.    For purposes of this Order, the "Columbia Marks" shall refer to and be defined to consist of the following four marks:

    a.    The "Columbia Sportswear Logo" mark:



a registered trademark with registration numbers U.S. Reg. No. 2,117,710 and U.S. Reg. No. 3,126,131.

    b.    The "Columbia Sportswear Company" mark:

Columbia Sportswear Company

a registered trademark with registration numbers U.S. Reg. No. 1,975,556 and U.S. Reg. No. 2,735,091.

    c.    The "Columbia Logo" mark:



a registered trademark with registration number U.S. Reg. No. 2,248,491.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

PAGE 2 – STIPULATED TEMPORARY RESTRAINING ORDER
K:\49785\00006\PRELIMINARY INJUNCTION\RGP_P30L7

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200

d.  The "Diamond Logo" mark:



a registered trademark with registration number U.S. Reg. 3,089,886.

## ACTS RESTRAINED AND PROHIBITED

1. Cerf Brothers and its officers, agents, servants, employees, successors, assigns, and independent sales representative hereby are restrained and prohibited from using any of the Columbia Marks, as defined herein, in connection with the sale, marketing, or promotion of any Formerly Licensed Articles. Cerf Brothers agrees that it, Messrs. Michelson and Harrison, and Cerf Brothers' independent sales representative have notice of this order and that further notice to any of them is not required.

2. Cerf Brothers and its officers, agents, servants, employees, successors, assigns, and independent sales representative hereby are restrained and prohibited from selling or offering for sale any Formerly Licensed Articles that contain, include, bear, incorporate or otherwise use or have affixed to them any of the Columbia Marks, as defined herein. Cerf Brothers agrees that it, Messrs. Michelson and Harrison, and Cerf Brothers' independent sales representative have notice of this order and that further notice to any of them is not required.

PAGE 3 – STIPULATED TEMPORARY RESTRAINING ORDER
K:\49785\00006\PRELIMINARY INJUNCTION\RGP_P30L7

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200

## EXPIRATION

This Temporary Restraining Order expires upon the Court's ruling on plaintiff's motion for a preliminary injunction (Docket # 44), unless otherwise ordered by this Court.

## NO ADMISSION

Because this Temporary Restraining Order is based on the stipulation of the parties, the Court makes no findings of fact or conclusions of law. Nothing in this Stipulated Temporary Restraining Order shall be construed as any admission by defendant of fact, law or liability or any admission as to any of the elements necessary for preliminary injunctive relief by the plaintiff.

THIS ORDER IS ISSUED AS OF Sept 1, 2006 BY:

_____
United States Magistrate Judge,
exercising the authority granted under
28 USC 636(c) pursuant to F.R.Civ.P. 73,
LR 73.1 and consent of the parties

The foregoing order is stipulated and agreed to by the parties, by and through their respective counsel of record:

Preston Gates Ellis LLP

_____
By: Philip Van Der Weele  OSB 86365
Attorneys for Plaintiff
Columbia Sportswear North America, Inc.

Bullivant Houser Bailey PC

_____
By: John Ashworth  OSB 82181   with written permission
Attorneys for Defendant
Cerf Brothers Bag Co.

PAGE 4 – STIPULATED TEMPORARY RESTRAINING ORDER
K:\49785\00006\PRELIMINARY INJUNCTION\RGP_P30L7

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of STIPULATED TEMPORARY RESTRAINING ORDER was served upon the individuals listed below on this 31st day of August 2006 via the court's CM/ECF system to:

>John P. Ashworth
>Susan L. Ford
>Bullivant Houser Bailey PC
>888 S.W. Fifth Avenue, Suite 300
>Portland, OR 97204
>Tel.: (503) 228-6251
>john.ashworth@bullivant.com
>susan.ford@bullivant.com
>
>Attorneys for Defendant

DATED: August 31, 2006.

_____
Philip Van Der Weele, OSB #86365
Richard G. Price, OSB #98146

PAGE 1 – CERTIFICATE OF SERVICE
K:\49785\00006\PLEADINGS\PV_P20TZ

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200