**Philip S. Van Der Weele**, OSB #86365
Email: pvanderweele@prestongates.com
**Richard G. Price**, OSB #98146
Email: rprice@prestongates.com
PRESTON GATES & ELLIS LLP
222 SW Columbia Street, Suite 1400
Portland, OR 97201-6632
Phone: (503) 228-3200
Fax: (503) 248-9085
    Of Attorneys for Plaintiff

FILED'06 NOV 02 15:20USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| **COLUMBIA SPORTSWEAR NORTH AMERICA, INC.**, an Oregon corporation,<br><br>                           Plaintiff,<br><br>v.<br><br>**CERF BROTHERS BAG CO.**, a Missouri corporation,<br><br>                           Defendant. | Case No. 3:05-CV-1960-PK<br><br>**STIPULATED PRELIMINARY INJUNCTION** |

Plaintiff Columbia Sportswear North America, Inc. ("Columbia") has moved this Court for a Preliminary Injunction against defendant Cerf Brothers Bag Co. ("Cerf Brothers") (Docket # 44). Based on the stipulation of the parties, the Court orders as follows:

### DEFINITIONS

1.      For purposes of this Order, "Formerly Licensed Articles" shall mean "adventure bags" made of fabric, specifically, duffle bags (wheeled and non-wheeled); cargo bags; rucksacks; travel bags; tote bags; toiletry bags; utility bags; pouches; backpacks; courier packs; waist packs; organizers; agendas; wallets; cellular phone cases; camera cases and attaché cases, and their packaging or component parts, bearing the "Columbia Marks," as defined herein.

PAGE 1 -- STIPULATED PRELIMINARY INJUNCTION
K:\49785\00006\PRELIMINARY INJUNCTION\PV__P20WI

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200

2.  For purposes of this Order, the "Columbia Marks" shall refer to and be defined to consist of the following:

   a.  The "Columbia Sportswear Logo" mark:

   

   a registered trademark with registration numbers U.S. Reg. No. 2,117,710 and U.S. Reg. No. 3,126,131.

   b.  The "Columbia Sportswear Company" mark:

   Columbia Sportswear Company

   a registered trademark with registration numbers U.S. Reg. No. 1,975,556 and U.S. Reg. No. 2,735,091.

   c.  The "Columbia Logo" mark:

   

   a registered trademark with registration number U.S. Reg. No. 2,248,491.

   d.  The "Diamond Logo" mark:

   

   a registered trademark with registration number U.S. Reg. No. 3,089,886.

PAGE 2 – STIPULATED PRELIMINARY INJUNCTION
K:\49785\00006\PRELIMINARY INJUNCTION\PV_P20WI

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200

## ACTS ENJOINED AND PROHIBITED

3.  Cerf Brothers and its officers, agents, servants, employees, successors, assigns, and independent sales representative, and any person in active concert with or participation with any of the foregoing who receives actual notice of this order by personal service or otherwise, hereby are restrained and prohibited from using any of the Columbia Marks, as defined herein. Cerf Brothers agrees that it, Messrs. Michelson and Harrison, and Cerf Brothers' independent sales representative have notice of this order and that further notice to any of them is not required. The parties agree that nothing in this paragraph 3 shall affect or restrain any person or entity that purchased Formerly Licensed Articles from Cerf Brothers prior to the entry on September 1, 2006 of the Stipulated Restraining Order in this action.

4.  Cerf Brothers and its officers, agents, servants, employees, successors, assigns, and independent sales representative, and any person in active concert with or participation with any of the foregoing who receives actual notice of this order by personal service or otherwise, hereby are restrained and prohibited from selling or offering for sale any Formerly Licensed Articles that contain, include, bear, incorporate or otherwise use or have affixed to them any of the Columbia Marks, as defined herein. Cerf Brothers agrees that it, Messrs. Michelson and Harrison, and Cerf Brothers' independent sales representative have notice of this order and that further notice to any of them is not required. The parties agree that nothing in this paragraph 4 shall affect or restrain any person or entity that purchased Formerly Licensed Articles from Cerf Brothers prior to the entry on September 1, 2006 of the Stipulated Restraining Order in this action.

5.  Cerf Brothers and any other person acting at Cerf Brothers' direction hereby are restrained and prohibited from removing any of the Columbia Marks from any Formerly Licensed Articles without the express written permission of Columbia.

\ \ \

PAGE 3 – STIPULATED PRELIMINARY INJUNCTION
K:\49785\00006\PRELIMINARY INJUNCTION\PV__P20WI

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200

6. This Order shall not prohibit Cerf Brothers from the following:

   a. Using the words "Columbia Sportswear Company" or "Columbia" to describe its past relationship with Columbia; and

   b. Showing prospective licensors and customers the Formerly Licensed Articles or pictures thereof (including pictures in catalogs produced by Cerf Brothers while it was a licensee of Columbia) for the purpose of demonstrating Cerf Brothers' capabilities, but not for the purpose of (i) trying to sell the Formerly Licensed Articles; or (ii) for saying that the Formerly Licensed Articles are available for sale with the Columbia Marks removed; or (iii) for Cerf Brothers' holding itself out as currently being a licensee of Columbia or otherwise authorized to use the Columbia Marks.

7. Nothing in this Order is intended to be, and nothing in this Order shall be construed to be, even a preliminary adjudication with respect to Columbia's Fifth Claim for Relief in Second Amended Complaint or Cerf Brothers' Seventh, Eighth, or Ninth Counterclaims in Answer, Affirmative Defenses and Counterclaims to Plaintiff's Second Amended Complaint.

THIS PRELIMINARY INJUNCTION ORDER ~~IS ISSUED~~ AS OF November 2, 2006 BY:

_____
United States Magistrate Judge,
exercising the authority granted under
28 USC 636(c) pursuant to F.R.C.P. 73,
LR 73.1 and consent of the parties

The foregoing order is stipulated and agreed to by the parties, by and through their respective counsel of record:

Preston Gates & Ellis LLP

By _____
Philip S. Van Der Weele, OSB #86365
Richard G. Price, OSB #98146
Attorneys for Plaintiff

Bullivant Houser Bailey PC

Susan Ford by Phil Van Der Weele with written permission from Susan Ford
John Ashworth, OSB #82181
Susan Ford, OSB 97036
Attorneys for Defendant

PAGE 4 – STIPULATED PRELIMINARY INJUNCTION
K:\49785\00006\PRELIMINARY INJUNCTION\PV__P20W1

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200